THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD LEWIS HOLMES, Appellant.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Simons, JJ., concur.